## BUCKMASTER *v.* DIRECTOR OF PATUXENT INSTITUTION

[App. No. 35, September Term, 1964.]

*Decided October 19, 1964.*

Before HENDERSON, C. J., and PRESCOTT, MARBURY, SYBERT and OPPENHEIMER, JJ.

PER CURIAM.

Application for leave to appeal from a denial of post conviction relief is denied for the reasons set out in the opinion of Judge Dorsey in the court below.

*Application denied.*